# UNITED STATES DISTRICT COURT
## District of Minnesota

Aaron Dalton,

                Plaintiff,

v.

NPC International, Inc.,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  17-cv-4012 PAM/LIB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant's Motion to Dismiss (Docket No. 27) is **GRANTED** and the Amended Complaint (Docket No. 19) is **DISMISSED with prejudice**.

Date: 3/21/18

KATE M. FOGARTY, CLERK

s/LP Holden

(By)  LP Holden, Deputy Clerk